IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRIS D. EZELL, as parent and next
friend of his minor daughter, K.E.,

JAMES LYLES and DONNA LYLES,
as parents and next friend of their
minor daughter, E.L.,

WES R. MABRY, as parent and next
friend of his minor daughter, M.M.                                              PLAINTIFFS

V.                                CASE NO. 5:15-CV-05161

FAYETTEVILLE PUBLIC SCHOOLS
a/k/a FAYETTEVILLE SCHOOL
DISTRICT; DR. PAUL HEWITT in his
official capacity as Superintendent of
Fayetteville Public Schools;
and DOES 1 through 50                                                           DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

On February 9, 2017, the parties to this action filed a Joint Motion for Partial Dismissal (Doc. 31). The parties have entered into a Settlement Agreement which, in relevant part, provides that Defendant Fayetteville Public Schools will pay Plaintiffs' counsel's reasonable fees and costs. In the event the parties cannot reach agreement on fees and costs, the Agreement states that the parties will submit the matter to the Court for determination. On February 10, 2017, the Court dismissed with prejudice Plaintiffs' claims against Defendants, but retained jurisdiction over the question of attorney's fees, as the parties had not yet reached agreement on that matter. On this date, February 22, 2017, the parties participated in a settlement conference on the attorney's fees issue with the Hon. Erin L. Setser. Judge Setser was able to help the parties come to an agreement.

Accordingly, this case is **DISMISSED WITH PREJUDICE**. The Court will, however, **RETAIN JURISDICTION** to enforce both the merits and the attorney's fees provisions of the Settlement Agreement.

**IT IS SO ORDERED** on this 22nd day of February, 2017.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE